UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>AVENAL STATE PRISON, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-00959-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 26] |

Plaintiff Enrique Ortiz is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 3, 2015, Defendant Marmolejo filed a motion to extend the dispositive motion deadline. Because the Court finds that no prejudice will result to Plaintiff by a thirty day extension of the dispositive motion deadline, the Court elects to resolve the motion without waiting for Plaintiff to file a response. Local Rule 230(*l*).

Good cause having been presented to the Court based on defense counsel's representation that discovery has been conducted and additional time is necessary to review the deposition transcript and other documents to file a motion for summary judgment.

IT IS SO ORDERED.

Dated:   **June 4, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1